# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  | CIVIL ACTION NOS. |
|---|---|---|
| DURANTE | : | 02-1428 |
| SMITH | : | 02-1441 |
| MITCHELL | : | 02-1539 |
| ROUSSELL | : | 02-1552 |
| WHITLEY | : | 02-1587 |
| QUINONEZ | : | 02-1654 |
| PEARLSON | : | 02-1663 |
| DANA | : | 02-1949 |
| THOMAS | : | 02-1999 |
| REED | : | 02-2012 |
| DE LIRA | : | 02-2300 |
| RAYMORE | : | 02-2315 |
| OLUWASANMI | : | 02-2339 |
| NICHOLAS | : | 02-2447 |
| KOROMPILAS | : | 02-2448 |
| PACKIN | : | 02-2452 |
| COWLISHAW | : | 02-2458 |
| JANASIK | : | 02-2481 |
| STACY | : | 02-2501 |
| KELLEY | : | 02-2540 |
| DINGUS | : | 02-3033 |
| MASSEY | : | 02-3067 |
| MASSEY | : | 02-3124 |
| BADENER, *et al.* | : | 02-3239 |
| VS. | : |  |
| BAYER CORPORATION, *et al.* | : |  |

## O R D E R

**AND NOW,** this            day of May, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[    ]   -   Order staying these proceedings pending disposition of a related action.

[ ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[ ]   -   Interlocutory appeal filed.

[ X ]   -   Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**Lowell A. Reed, Judge**